# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:21-1523

DAVID LESPERANCE

AUSA: Jen Harrington
Defense Atty.: Charles Taylor

| U.S. MAGISTRATE JUDGE | EMBRY J. KIDD Courtroom 3C | | June 24, 2021 3:34-3:56 = 22 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | n/a | PTS/PROB. | Ivette Suarez |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C COMPLAINT/BOND HEARING

**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Court finds dft is competent to proceed
Gov summarizes charges and penalties
Dft advised of his rights
Dft requests appointment of counsel/Court appoints CJA counsel
Dft advised of his right to preliminary hearing
Dft files waiver of PE hearing
No issue as to identity
Dft advised of rule 20 transfer
Parties advised of Due Process Protections Act
Gov requests release on conditions stated
Dft rebuttal
Court releases dft on conditions stated
Gov to provide dft with information regarding Zoom hearing in charging district
Court adjourned